# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIAM H. BARNETT,

    Plaintiff,

v.        Case No: 05-CV-73844-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

        ENTERED BY ORDER OF THE COURT

October 25, 2006        s/Lisa G. Wagner
        LISA G. WAGNER, CASE MANAGER AND
        DEPUTY CLERK TO THE HONORABLE
        ROBERT H. CLELAND